IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY BROWN

Plaintiff(s),

vs.

Case No. 07-2556-EFM

YRC, INC.

Defendant(s).

## QUESTION FROM THE JURY

YOUR HONOR,

When, month and year were the computer information for Mary Brown requested by either the plaintiff or defendant.

Dated at April 30th, 2010 on Friday, Time 10:38 AM.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

You have all of the evidence which has been admitted that is necessary for you to decide this case.

Dated at Ks City Ks on April 30, 2010, Time 10:50 a.m.

Signature of Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY BROWN            Plaintiff(s),     )
                                        )
         vs.                            )    Case No. 07-2556-EFM
                                        )
YRC INC.              Defendant(s).     )

## QUESTION FROM THE JURY

YOUR HONOR,

Is there a time frame in making a ~~unanimous~~ unaninamous decision?

Dated at Monday MaryBrown on May 3rd, 2010, Time 2:05 pm.

_____
Signature of Presiding Juror

ANSWER OF THE JUDGE,

No. You should take as much time as you need to arrive at a unanimous verdict.

Dated at K.C., KS on May 3, 2010, Time 2:37 p.m.

Signature of Judge   John W. Lungstrum
for EFM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY BROWN )
) Plaintiff(s), )
) )
vs. ) Case No. 07-2556-EFM
) )
) )
YRC INC. ) Defendant(s). )
) )

### QUESTION FROM THE JURY

YOUR HONOR,

I am REQUESTING A CALCULATOR

Dated at __Monday__ on __May 3rd__, Time __4:00 pm__.

_____
Signature of Presiding Juror

ANSWER OF THE JUDGE,

We will provide you with a calculator

Dated at __K.C., KS__ on __May 3, 2010__, Time __4:06 p.m.__

_____
Signature of Judge
for EFM