IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARY BROWN,

        **Plaintiff,**

v.	Case No. 07-2556-EFM

YRC INC.

        **Defendant.**

---

## VERDICT FORM

1. Do you find that Plaintiff has met her burden of proof that Defendant engaged in pregnancy discrimination against her?

    Yes __X__        No _____

    If Yes, go to Question 2
    If No, go to Question 5

2. What amount of damages, if any, do you find Plaintiff sustained because of such discrimination:

    Lost wages                  $ __49,000__
    (through November 22, 2009)

    Lost benefits                 $ __~~####~~ 16,500__
    (through November 22, 2009)

    Non-economic damages      $ __10,000__
    (emotional pain and suffering,
    inconvenience, mental anguish
    and/or humiliation)

    Go to Question 3

-2-

3. Do find that Plaintiff has met her burden of proof that Defendant acted with malice or reckless indifference to Plaintiff's federally protected right to be free from pregnancy discrimination?

    Yes _____      No \_\_\_X_____

    If Yes, go to Question 4
    If No, go to Question 5

4. What amount of punitive damages do you find Plaintiff should be awarded on account of Defendant's pregnancy discrimination:

    $ _____

    Go to Question 5

5. Were the answers to all your questions unanimous?

    Yes \_\_\_X_____      No _____

_May 3rd, 2010_
DATE

_____
FOREPERSON